# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BISCAYNE CONTRACTORS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14-mc-00284 |
| JAMES REDDING, | ) ) ) |
| Defendant. | ) ) ) ) |

## PLAINTIFF BISCAYNE CONTRACTORS, INC'S MOTION FOR CHARGING ORDER

Plaintiff, Biscayne Contractors, Inc., by counsel, respectfully moves this Court for a Charging Order as to Defendant James Redding's interest in 3 Amigos, LLC.  Plaintiff also requests this Court to hold a hearing on this motion as soon as counsel may be heard.  Plaintiff relies on the memorandum and declaration that accompanies this motion.


Dated: June 2, 2014                    Respectfully submitted,

                                       **AKERMAN LLP**

                                       /s/ Stephen B. Hurlbut
                                       Stephen B. Hurlbut, # 358404
                                       Owen J. Shean, # 412588
                                       750 9th St., NW, Suite 750
                                       Washington, DC 20001
                                       (202) 393-6222
                                       (202) 393-5959 (fax)
                                       steve.hurlbut@akerman.com
                                       owen.shean@akerman.com

                                       *Counsel for Biscayne Contractors, Inc.*

1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of June 2014, I electronically filed and served the foregoing document using CM/ECF to all parties of record.  I also certify that the foregoing document is being served this day on the following by first-class mail, postage prepaid:

> James Redding
> 3510 Dumphries Drive
> Reisterstown, Maryland 21136-4000

/s/ Stephen B. Hurlbut
Stephen B. Hurlbut
