UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BISCAYNE CONTRACTORS, INC., | ) |
|         Plaintiff, | ) |
|      v. | ) Case No. 1:14-mc-00284 |
| JAMES REDDING, | ) |
|         Defendant. | ) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF BISCAYNE CONTRACTORS, INC.'S MOTION FOR CHARGING ORDER**

Plaintiff, Biscayne Contractors, Inc. ("Biscayne"), by counsel, hereby sets forth its Memorandum in Support of its Motion for a Charging Order as to the interest of Defendant James Redding ("Redding") in 3 Amigos, LLC.  As grounds, Biscayne states:

**FACTS**

1. Biscayne is a judgment creditor of Redding.  Biscayne obtained a judgment against Redding in the amount of One Million Forty Thousand Nine Hundred Twenty and 2/100 Dollars ($1,040,920.02) in the U.S. District Court for Eastern District of Virginia.  The Court entered judgment in favor of Biscayne on February 12, 2014.  Redding failed to appeal and the judgment is now final.

2. In addition to the principal amount of $1,010,920.02, the judgment also includes pre-judgment interest at the rate of six percent (6%) per annum commencing on July 4, 2006 and continuing up to the date of the Judgment and post-judgment interest at the rate of six percent (6%) per annum thereafter until payment.  Redding has made not payments to Biscayne to satisfy the judgment.

1

3. The judgment was registered with this Court on March 18, 2014. *See* ECF No. 1.

4. Redding is part owner of 3 Amigos, LLC. (*See* Declaration of Stephen B. Hurlbut in Support of Plaintiff Biscayne Contractors Inc.'s Motion for Charging Order ("Decl."), ¶¶ 3-5.)

5. 3 Amigos, LLC is a limited liability company organized under the laws of the District of Columbia with its principal place of business at 1010 Wisconsin Avenue, N.W., Suite 303, Washington, D.C. 20007. (Decl., ¶ 6).

## ARGUMENT

6. By operation of Biscayne's status as a judgment creditor of Redding, Biscayne is entitled to a charging order as to any interests, which Redding may hold in 3 Amigos, LLC. Pursuant to D.C. Code Section 29-805.03, this Court "may enter a charging order against the transferable interest of the judgment debtor for the unsatisfied amount of the judgment." D.C. Code § 29-805.03(a) (2013).

7. A charging order shall constitute "a lien on a judgment debtor's transferable interest and requires the limited liability company to pay over to the person to which the charging order was issued any distribution that would otherwise be paid to the judgment debtor." *Id.*

8. "Distribution" is defined as "a transfer of money or other property from a limited liability company to another person on account of a transferable interest or in the person's capacity as a member." D.C. Code § 29-801.02(3) (2013). The term "distribution" also includes a "redemption or other purchase by a limited liability company of a transferable interest; and a transfer to a member in return for the member's relinquishment of any right to participate as a member in the management or conduct of the company's activities and affairs." D.C. Code § 29-801.02(3)(A)(i)-(ii) (2013).

9. Therefore, Biscayne is entitled to the entry of a charging order as to the interest of Redding in 3 Amigos, LLC.

10. Biscayne respectfully submits that there are no valid grounds for Redding to oppose the entry of a charging order.

11. The Judgment remains outstanding and Redding has made no payments to Biscayne in an attempt to satisfy the Judgment.

## CONCLUSION

Wherefore, Plaintiff Biscayne Contractors, Inc., by counsel, requests that this Court enter a charging order as to the interests of James Redding in 3 Amigos, LLC, and that this Court grant such other relief as may be appropriate. A proposed order is filed herewith.

Dated: June 2, 2014                               Respectfully submitted,

                                                  **AKERMAN LLP**

                                                  /s/ Stephen B. Hurlbut
                                                  Stephen B. Hurlbut, # 358404
                                                  Owen J. Shean, # 412588
                                                  750 9th St., N.W., Suite 750
                                                  Washington, DC 20001
                                                  Telephone: (202) 393-6222
                                                  Fax: (202) 393-5959
                                                  steve.hurlbut@akerman.com
                                                  owen.shean@akerman.com

                                                  *Counsel for Biscayne Contractors, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of June 2014, I electronically filed and served the foregoing document using CM/ECF to all parties of record.  I also certify that the foregoing document is being served this day on the following by first-class mail, postage prepaid:

>James Redding
>3510 Dumphries Drive
>Reisterstown, Maryland 21136-4000

>/s/ Stephen B. Hurlbut
>Stephen B. Hurlbut