UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BISCAYNE CONTRACTORS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:14-mc-00284 |
| | ) |
| **JAMES REDDING,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

## PROPOSED CHARGING ORDER

This matter is before the Court on Plaintiff's Motion for Charging Order as to Defendant's interest in 3 Amigos, LLC.  Upon consideration of the Motion, the opposition thereto, and reply thereto, and being fully advised, it is this \_\_\_\_\_ day of _____, 2014:

**ORDERED** that Plaintiff's Motion for Charging Order as to Defendant's interest in 3 Amigos, LLC is **GRANTED**; and it is hereby further

**ORDERED** that pursuant to D.C. Code § 29-805.03 that any interest of Defendant in 3 Amigos, LLC be and is hereby charged with the payment of the judgment by this Court in the amount of One Million Forty Thousand Nine Hundred Twenty and 2/100 Dollars ($1,040,920.02), together with pre-judgment and post-judgment interest at the rate of six percent (6%) per annum commencing on July 4, 2006 until payment; and it is hereby further

**ORDERED** that 3 Amigos, LLC shall pay and/or deliver over to Plaintiff all present and future proceeds, distributions, drawings, payments and property to which Defendant may be entitled as a result of his interest in 3 Amigos, LLC until the judgment is satisfied in full; and it is hereby further

**ORDERED** that this Charging Order constitutes a lien on Defendant's interests in 3 Amigos, LLC; and it is hereby further

**ORDERED** that this Charging Order shall remain in effect until the underlying judgment in favor of Plaintiff against Defendant has been fully satisfied, including interest and costs, or until otherwise ordered by the Court; and it is hereby further

**ORDERED** that 3 Amigos, LLC shall make no payment, distribution or loan to Defendant until the judgment has been fully satisfied; and it is hereby further

**ORDERED** that, at the request of Plaintiff, a copy of this Order may be filed with the Articles of Organization for the above-referenced business entities in the District of Columbia Department of Consumer and Regulatory Affairs.

**ENTERED** this _____ day of _____ 2014.


Washington, D.C.                                                                 _____
                                                                                 United States District / Magistrate Judge