## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Biscayne Contractors, Inc. )<br>)<br>)<br>)<br>             Plaintiff )<br>)<br>         v. )<br>)<br>James Redding )<br>)<br>)<br>)<br>             Defendant ) | Case No.: 1:14-mc-00284 |

### AFFIDAVIT OF SERVICE

I, Jamal M. Harris, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Writ of Attachment on Judgment other than Wages, Salary and Commissions, Interrogatories in Attachment, Clerk's Certification of a Judgment to be Registered in Another District, and Judgment with Attachment in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on June 02, 2015 at 8:21 PM, I served Mohammed Abu-El-Hawa with the Writ of Attachment on Judgment other than Wages, Salary and Commissions, Interrogatories in Attachment, Clerk's Certification of a Judgment to be Registered in Another District, and Judgment with Attachment at 1967 Calvert Street, NW, Washington, DC 20009 by serving Mohammed Abu-El-Hawa, personally.

Mohammed Abu-El-Hawa is described herein as:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 33    Height: 6'0"    Weight: 170

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Jamal M. Harris
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___16th___ day of ___June___, 2015.

Notary Public

My Commission Expires:

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2019

Client Reference: 043666.253546-3487