UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BISCAYNE CONTRACTORS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14-mc-00284 |
| | ) |
| JAMES REDDING, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF BISCAYNE CONTRACTORS, INC'S MOTION FOR JUDGMENT OF CONDEMNATION PURSUANT TO TITLE 16, § 526(b) D.C. CODE**

Plaintiff, Biscayne Contractors, Inc. ("Plaintiff"), by counsel, respectfully moves this Court to grant a judgment of condemnation against Mohammed Abu-El-Hawa ("Abu-El-Hawa"). Abu-El-Hawa is a garnishee who executed a promissory note. Defendant James Redding ("Defendant") is the holder of the note, and Abu-El-Hawa is the maker on the note. This motion is submitted as part of Plaintiff's ongoing enforcement of the February 12, 2014 judgment awarded in *Biscayne Contractors, Inc. v. Redding* in the United States District Court for the Eastern District of Virginia, which judgment was registered with this Court on March 18, 2014. ECF No. 1. In support of this motion, Plaintiff states as follows:

1. Plaintiff obtained a copy of a promissory note in the principal amount of $350,000.00 (the "Note"), through post-judgment discovery from Abu-El-Hawa, with Abu-El-Hawa as a maker and Defendant as the holder.

2. During judgment collection efforts on the underlying judgment in this case, Plaintiff caused to be issued a Writ of Attachment on Judgment Other Than Wages, Salary and

Commissions by this Court on May 21, 2015 (the "Writ") to determine whether any amounts remained unpaid on the Note.

3. The Writ and its accompanying interrogatories were served on garnishee Abu-El-Hawa on June 2, 2015.

4. The affidavit of service of the Writ upon Abu-El-Hawa was filed with the Court on June 16, 2015 via ECF.

5. As the garnishee, Abu-El-Hawa was required within ten days after the service of the Writ to answer the interrogatories under the penalty of perjury, file a copy of the interrogatory answers with the Court, and serve a copy of the same on the Plaintiff and Defendant. *See* D.C. Code § 16-521 (2001). Abu-El-Hawa's Writ interrogatory answers were due on June 12, 2015.

6. Abu-El-Hawa failed to answer the interrogatories accompanying the Writ and has otherwise failed to provide Plaintiff any evidence that the Note is satisfied.

7. D.C. Code § 16-526(b) provides: "[w]hen the garnishee has failed to answer interrogatories served on him, or to appear and show cause why a judgment of condemnation should not be entered, judgment shall be entered against him for the whole amount of the plaintiff's claim, costs, and execution may be had thereon."

8. Federal Rule of Civil Procedure 37(b)(2)(A)(vi) provides that an appropriate sanction for failure to answer interrogatories may be a default judgment.

9. Plaintiff submits and incorporates herein by reference its Memorandum of Law and Declaration of John M. Neary in Support of its Motion for Judgment of Condemnation pursuant to Title 16, § 526(b) of the D.C. Code.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to grant its motion for judgment of condemnation, and find that garnishee Abu-El-Hawa has failed to respond to interrogatories in violation of Federal Rule of Civil Procedure 37 and Title 16, § 526(b) of the D.C. Code, enter judgment against Abu-El-Hawa, in the amount of $350,000.00, plus interest at the applicable statutory rate from the date of judgment, and grant Plaintiff any further relief that the Court deems just and proper.

Dated: July 9, 2015               Respectfully submitted,

                                  **AKERMAN LLP**

                                  /s/ John M. Neary
                                  Stephen B. Hurlbut, # 358404
                                  Owen J. Shean, # 412588
                                  John M. Neary, # 1023573
                                  750 9th St., NW, Suite 750
                                  Washington, DC 20001
                                  Phone: (202) 393-6222
                                  Fax: (202) 393-5959
                                  steve.hurlbut@akerman.com
                                  owen.shean@akerman.com
                                  john.neary@akerman.com

                                  *Counsel for Biscayne Contractors, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of July 2015, I electronically filed and served the foregoing document using CM/ECF to all parties of record.  I also certify that the foregoing document is being served this day on the following by first-class mail, postage prepaid:

    James Redding
    3510 Dumphries Drive
    Reisterstown, Maryland 21136-4000

    Mohammed Abu-El-Hawa
    6585 Bermuda Green Court
    Alexandria, Virginia 22312

                                      <u>/s/ John M. Neary</u>
                                      John M. Neary