**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BISCAYNE CONTRACTORS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:14-mc-00284 |
| | ) |
| **JAMES REDDING,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## PROPOSED ORDER ON PLAINTIFF'S MOTION FOR JUDGMENT OF CONDEMNATION PURSUANT TO TITLE 16, § 526(b) D.C. CODE

Having duly considered the Motion of Plaintiff Biscayne Contractors, Inc. for Judgment of Condemnation, pursuant to Title 16, § 526(b) of the D.C. Code, as to that promissory note dated March 31, 2014, with Mohammed Abu-El-Hawa as the maker and Defendant James Redding as the holder, it is:

**ORDERED** that Plaintiff's Motion for Condemnation is **GRANTED**; and it is hereby further

**ORDERED** that judgment is hereby entered in favor of Plaintiff, Biscayne Contractors, Inc. and against garnishee Mohammed Abu-El-Hawa in the amount of $350,000.00, together with post-judgment interest at the applicable statutory rate, commencing on the date of judgment and continuing thereafter until payment.  The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 against Mohammed Abu-El-Hawa.

Dated: _____

Washington, D.C.                                             _____
                                                             United States District / Magistrate Judge

Serve Upon:

Stephen B. Hurlbut
Akerman LLP
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001

James Redding
3510 Dumphries Drive
Reisterstown, MD 21136-4000

Mohammed Abu-El-Hawa
6585 Bermuda Green Court
Alexandria, Virginia 22312